UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| WILMA JONES, *Et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:16-CV-13 |
| ) | |
| PROFESSIONAL ACCOUNT SERVICES, ) | |
| INC., *Et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated October 6, 2016, [Doc. 29]. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to strike the plaintiffs' amended complaint, [Doc. 24], be denied and that the plaintiffs be allowed leave to file their amended complaint. Neither party has filed objections to the recommendation.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 29], that the defendant's motion to strike, [Doc. 24] is DENIED and the plaintiffs shall be granted leave to file their amended complaint under Rule 15(a)(2).

ENTER:

                                                                                                  s/J. RONNIE GREER
                                                                          UNITED STATES DISTRICT JUDGE